# EXHIBIT A

**CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE FILED SEPARATELY UNDER SEAL ACCORDING TO RULE CV-5.2**