IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JUAN GOMEZ, FRANK PARTIDA, BENJAMIN ALCALA, BRIDGET AGUILAR-PLACERES, NATHAN BROWN, FERNANDO VIDALES, JOHN MUNIZ, TRAVIS BARTON, MIGUEL SANCHEZ AND ADRIAN GARZA Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LOOMIS ARMORED US, LLC,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§      NO. 5:16-CV-931 |

## ORDER

On this day, the Court considered the Parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal in Cause No. 5:16-CV-931, *Juan Gomez, et al., v. Loomis Armored US, LLC*. Having reviewed the Parties' Motion, the Court is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that:

1. The Parties' Settlement Agreement is APPROVED as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act;

2. The amounts to be paid to the Plaintiffs in accordance with the Settlement Agreement are APPROVED;

3. The amount to be paid for attorneys' fees is reasonable and is APPROVED; and

4. All of the claims asserted by the Plaintiffs in this case are hereby dismissed with prejudice.

ENTERED on this ___7___ day of __December__, 2018.

_____
UNITED STATES DISTRICT JUDGE